Aziz **RAHMAN**; Sabina Rahman; Shajid Rahman, Petitioners,

v.

Alberto **GONZALES**, Attorney General,* Respondent.

No. 03–71258.
Agency Nos. A73–964–990, A73–964–991, A73–964–992.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 14, 2005.**

Decided Feb. 17, 2005.

Carlos Cruz, Los Angeles, CA, for Petitioners.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, William Campbell Erb, Jr., Attorney, Jeremiah M. Luongo, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before KOZINSKI and TROTT, Circuit Judges, and SAND, District Judge.***

---

*** The Honorable Leonard B. Sand, Senior United States District Judge for the Southern District of New York, sitting by designation.

* Alberto Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General. *See* Fed. R.App. P. 43(c)(2).

** This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** The Honorable Leonard B. Sand, Senior United States District Judge for the Southern District of New York, sitting by designation.

MEMORANDUM \*\*\*\*

The Board of Immigration Appeals's conclusion that petitioners did not show persecution on account of any protected ground was supported by substantial evidence. *See Sangha v. INS,* 103 F.3d 1482, 1487, 1490–91 (9th Cir.1997).

DENIED.

---

\*\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

